UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

Ocean Parkway BH 26 LLC,                                Chapter 11
                                                                          Case No. 24-40210 (NHL)
                                  Debtor.
-----------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Upon (i) the Motion of The Federal Savings Bank ("TFSB") for entry of an order dismissing the debtor's Chapter 11 petition [ECF 94] (the "Motion"), (ii) the Debtor's objection to the motion to dismiss the debtor's Chapter 11 case [ECF 102] (the "Objection"), (iii) the Reply in further support of the motion to dismiss the debtor's Chapter 11 petition [ECF 103] (the "Reply"), and (iv) the Supplement of TFSB to its motion to dismiss the debtor's Chapter 11 petition [ECF 122] (the "Supplement"), and the Court having considered the respective arguments and support set forth by the parties in the Motion, Reply, Supplement, and Objection, and hearings on the Motion having been held on September 16, 2025, and October 21, 2025; and Jonathan S. Pasternak (Counsel to Debtor), Joseph Balisok (Proposed Incoming Counsel to Debtor), Scott A. Steinberg (Counsel to The Federal Savings Bank), Steven Lamiado (Debtor's Principal), and Thomas J. McGowan (Counsel to The Federal Savings Bank) having appeared at the October 21, 2025 hearing; and upon the record of this case, and for the reasons stated at the October 21 hearing, the Court finds that sufficient cause has been shown;

NOW, THEREFORE, IT IS HEREBY

ORDERED that the Motion is GRANTED and the Chapter 11 Case, be and hereby is DISMISSED; and it is further

ORDERED, that, within ten (10) days of the date of entry of this order, the Debtor shall (a) file all outstanding monthly operating reports through the date of this Order, and (b) pay to the United States Trustee the appropriate sums required, if any, pursuant to 28 U.S.C. § 1930 and any applicable interest thereon.



Dated: November 4, 2025
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge